# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00548-CR

Eduardo Mora-Hernandez, Appellant

v.

The State of Texas, Appellee

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 427TH JUDICIAL DISTRICT
### NO. D-1-DC-12-301539, HONORABLE JIM CORONADO, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant's counsel has filed his fourth motion for extension of time to file appellant's brief, now seeking an extension until July 31, 2014. We grant the motion and ORDER counsel to file appellant's brief no later than August 4, 2014. No further extensions will be granted. If appellant fails to file a brief by the deadline, a hearing before the district court will be ordered. *See* Tex. R. App. P. 38.8(b).

It is ordered July 11, 2014.

Before Justices Puryear, Pemberton, and Field

Do Not Publish